Certificate Number: 01267-CAC-DE-036861853

Bankruptcy Case Number: 22-11137



01267-CAC-DE-036861853

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 27, 2022, at 4:39 o'clock PM CDT, Sharon A Waizenhofer completed a course on personal financial management given by telephone by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  September 27, 2022    By:  /s/Cristina Gonzalez

Name:  Cristina Gonzalez

Title:  Counselor